**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **TONY LAMAR LINDSEY,** | § | |
| **(Parker No. 9830625),** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:21-cv-034-P** |
| | § | |
| **COUNTY OF PARKER et al.,** | § | |
| | § | |
| **Defendants.** | § | |

## <u>ORDER OF DISMISSAL</u>

On January 11, 2021, Parker County Jail inmate/Plaintiff Tony Lamar Lindsey filed a handwritten civil complaint. The case was randomly assigned to the undersigned judge. The Court issued an Order and Notice of Deficiency noting that Lindsey had failed to either pay the filing fee or submit a completed certified copy of his inmate trust account for the period of six months immediately preceding the filing of his complaint and allowing Plaintiff thirty days to cure the deficiency. The Court takes judicial notice that on January 13, 2021, Plaintiff filed a handwritten civil complaint against the same defendants that was randomly assigned to the docket of the Honorable Reed C. O'Connor. *See* Civil Action No. 4:21-cv-0039-O (the "0039 Action").

Pending is a handwritten document written by Lindsey, filed on January 25, 2021, in which he notifies the Court that the separately filed cases were "a mailing mistake with U.P.S. and the three envelopes arrived at your office at different times." Notice of Defect 2, ECF No. 6. Plaintiff further asks the Court "to fix this and send me the continuing case so I don't fall behind in the due dates." *Id.* He further states "it is all one complaint." *Id.* In addition, the Court takes judicial notice that Plaintiff filed the same Notice of Defect in the 0039 Action and that, earlier today, he filed an Amended Complaint and Motion for Leave to Proceed In Forma Pauperis in the 0039 Action. Civil

1

Action No. 4:21-cv-0039-O, ECF Nos. 6, 7. On this record, the Court concludes that Lindsey did not intend to maintain two separate lawsuits and is actively pursuing the 0039 Action. The Court hereby construes Lindsey's Notice of Defect (ECF No. 6), as a motion to voluntarily dismiss this case without prejudice under Federal Rule of Civil Procedure 41(a)(2), in light of the 0039 Action. After review and consideration, the Court concludes that the motion will be granted and this case dismissed as improvidently opened.

It is therefore **ORDERED** that Tony Lamar Lindsey's January 25, 2021 handwritten document titled Notice of Defect (ECF No. 6)t, construed as a motion to voluntarily dismiss, is **GRANTED**, such that this case is **DISMISSED** as improvidently opened. In accordance with Federal Rule of Civil Procedure 58(a), the Court will issue a final judgment separately.

**SO ORDERED** this **28th day** of **January, 2021**.

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE

2